# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

*FILED*
2019 OCT 15 P 2:32
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

---

UNITED STATES OF AMERICA,

V.

# CR 19 0530

JOSEPH ALBERT COREY,

EMC

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 1341 – Mail Fraud;
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

---

A true bill.   *True Bill*
_____
                              Foreman

Filed in open court this ___15___ day of
___October 2019___

Ada Means, Clerk

NO PROCESS

Bail, $ _____

Jacqueline Scott Corley
United States Magistrate Judge

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1341 - Mail Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum 20 years' imprisonment; maximum 3 years' supervised release; maximum $250,000 fine; $100 mandatory special assessment

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

FILED
OCT 15 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**
▶ Joseph Albert Corey

DISTRICT COURT NUMBER
**CR 19-0530**
EMC

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
_____

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
19-mj-71405 TSH

Name and Office of Person Furnishing Information on this form  David L. Anderson
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Briggs Matheson

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
U.S. District Court, Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction       } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED
2019 OCT 15 P 2: 32
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> JOSEPH ALBERT COREY, </br> a/k/a Dennis Dupont; a/k/a Dennis Dupon; a/k/a Jason Levy; a/k/a Peter Katz; a/k/a Theodore Bergstrom; a/k/a Adam Bauer; a/k/a Lawrence Greenberg; a/k/a Adam Goldberg; a/k/a David Heimlich, </br></br> Defendant. | CASE NO. CR 19 0530 EMC </br></br> VIOLATIONS: </br> 18 U.S.C. § 1341 – Mail Fraud; </br> 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |

## INDICTMENT

The Grand Jury charges:

### Introductory Allegations

At all times relevant to this Indictment:

1. Defendant JOSEPH ALBERT COREY (COREY) resided in San Francisco within the Northern District of California.

2. Company 1 was a precious-metals retailer based in New York City, New York, that sold gold coins and other precious metal products. Company 1 shipped precious metals around the United States and the world using commercial carriers, including United Parcel Service (UPS).

3. Company 2 was a company based in San Francisco, California, that provided virtual

INDICTMENT

office services, including co-working spaces and mailboxes for rent.

4. Company 3 was a company based in Mill Valley, California, that provided virtual office services, including co-working spaces and mailboxes for rent.

5. Victim 1 was a multinational hospitality company based in Atlanta, Georgia that owns, operates, and franchises various hotel brands, including within the Northern District of California. Victim 1 possessed a business bank account at Bank of America ending in –3466 ("Victim 1's Bank Account").

Overview of the Scheme to Defraud

6. Beginning on a date unknown to Grand Jury, but not later than in or about February 2019, and continuing to a date unknown, but through at least or about April 2019, COREY knowingly devised and executed, and attempted to execute, a material scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by concealment and omission of material facts, as described below.

7. As part of the scheme and artifice, COREY deposited money into a business checking account that he opened under the name "Dennis Dupont dba Medical Practice Management." The money used to fund the account was obtained by depositing unauthorized, fraudulent checks issued from Victim 1's Bank Account and made out to Medical Practice Management.

8. As further part of the scheme and artifice, COREY, using the false name "Dennis Dupont" and false company "Medical Practice Management," used the funds fraudulently deposited into the purported business's bank account to purchase gold coins from Company 1. COREY did not disclose to Company 1 that the funds used to purchase the gold coins had been stolen from Victim 1 in connection with the above-described check fraud scheme.

9. In furtherance of the scheme and artifice to defraud, COREY rented mailboxes at Company 2 and Company 3 under the false name "Dennis Dupont" in March and April of 2019, respectively. COREY caused Company 1 to send packages, including a shipment of gold coins, via an interstate commercial carrier to the rented mailboxes.

Execution of the Scheme

10. On or about February 1, 2019, COREY entered a U.S. Bank branch located inside a

INDICTMENT                                         2

Safeway store in El Cerrito, California while wearing aviator sunglasses. Inside, COREY opened a business checking account ending in -1183 at U.S. Bank (the "U.S. Bank Account"). COREY opened the U.S. Bank Account for a purported sole proprietorship company under the name "Dennis Dupont dba Medical Practice Management." While falsely posing as "Dupont," COREY claimed his purported medical practice was located in Emeryville, California.

11. On or about March 19, 2019, COREY entered a Nob Hill Foods in Salinas, California while wearing aviator sunglasses. Inside, COREY deposited a check in the amount of approximately $34,856.02 into the U.S. Bank Account. The check was made payable to Medical Practice Management and listed Victim 1's Bank Account as the account-holder from which the funds were to be drawn. Victim 1 did not issue the check nor authorize the deposit of its funds into the U.S. Bank Account. Victim 1 also did not have an approved vendor relationship with Medical Practice Management, and reported the transaction to Victim 1's bank as fraudulent. The deposited, fraudulent check also listed incorrect information about Victim 1, including the company's address.

12. On or about March 28, 2019, COREY placed an order of 24 gold coins totaling approximately $32,688 from Company 1. COREY paid for the gold order by check drawn on the U.S. Bank Account and using the previously deposited funds fraudulently obtained from Victim 1. COREY instructed Company 1 to send packages to "Dennis Dupont" via the rented mailboxes located at Company 2 and 3. At COREY's direction, Company 1 sent packages via UPS to the provided addresses.

13. On April 4 and 8, 2019, COREY arrived wearing sunglasses at Company 2 and Company 3, respectively, where COREY retrieved the packages shipped via UPS by Company 1.

14. In furtherance of his scheme, COREY made numerous false statements and omissions to conceal his scheme from Victim 1 and Company 1 by engaging in the acts listed below:

    a.    COREY hid his true identity from Company 1, Company 2, Company 3, U.S. Bank, and Victim 1 by using a false name and/or a sham business;

    b.    COREY deposited unauthorized, fraudulent checks; and

    c.    COREY converted fraudulently obtained funds stolen from Victim 1 into gold coins.

COUNT ONE:        (18 U.S.C. § 1341 – Mail Fraud)

15. The factual allegations in paragraphs 1 through 14 of this Indictment are realleged and incorporated herein as if set forth in full.

16. Beginning on or about March 28, 2019, and continuing through April 8, 2019, in the Northern District of California and elsewhere, the defendant,

JOSEPH ALBERT COREY,

for the purpose of executing the material scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, and by means of omission and concealment of material facts, did knowingly and intentionally cause to be sent in interstate commerce by means of a commercial interstate carrier property, specifically, gold coins, as set forth above, in violation of Title 18, United States Code, Section 1341.

FORFEITURE ALLEGATION:     (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

Upon conviction for any of the offenses set forth in this Indictment, the defendant,

JOSEPH ALBERT COREY,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real or personal, constituting, or derived from proceeds the defendant obtained directly and indirectly, as the result of those violations, including but not limited to a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without

INDICTMENT                                    4

difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: 10/15/19

A TRUE BILL.

_____
FOREPERSON

DAVID L. ANDERSON
United States Attorney

_____
BRIGGS MATHESON
Assistant United States Attorney

INDICTMENT            5