UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** November 20, 2019       **Time:** 3:54-4:05=       **Judge:** EDWARD M. CHEN
                                          11 Minutes

**Case No.**: 19-cr-00530-EMC-1       **Case Name:** USA v. Joseph Albert Corey

**Attorney for Government:** Molly Priedeman
**Attorney for Defendant:** Candis Mitchell
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Angella Meuleman         **Court Reporter:** Marla Knox
**Interpreter:**                           **Probation Officer:**

### PROCEEDINGS

Change of Plea – Held.

### SUMMARY

Application for Permission to Enter a Plea signed. Defendant sworn under oath. Defendant enters a plea of guilty to Count 1 of the Indictment. The court accepts the plea of guilty. The matter is REFERRED to probation for a presentence report.

Court determined that under present circumstances, release is warranted for defendant under 18 U.S.C. 3143 until sentencing. Government did not oppose continued bail.

**CASE CONTINUED TO: February 26, 2020 at 2;30 p.m. for Sentencing**.